UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No.  2:19-cv-2517 JAM KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated:  December 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/perr2517.36.4