UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:19-cv-2517 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the June 25, 2021 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 33) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file his objections.

Dated: July 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/perr2517.eot